In the Matter of the Probate of the Will of PETER CAFFREY, Deceased.

NORAH NOONAN et al., Appellants; MATTHEW J. O'BRIEN, Individually and as Executor of ANNIE O'NEILL, Deceased, Respondent.

*Matter of Caffrey*, 174 App. Div. 398, affirmed.
(Argued April 18, 1917; decided May 8, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 3, 1916, which affirmed a decree of the

New York County Surrogate's Court admitting to probate the will of Peter Caffrey, deceased, entered upon a verdict directed by the court.   The only claim now made by contestants is that the propounded paper was never executed by Peter Caffrey, the decedent; that the signature or mark affixed to the will was not genuine, but a forgery.

*Winifred Sullivan* for appellants.

*Randolph Harris* and *Charles P. Howland* for respondent.

Order affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND and ANDREWS, JJ.   Not sitting: McLAUGHLIN, J.